IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PATRICK PIZZELLA,[1] Acting Secretary of Labor, United States Department of Labor,

    Plaintiff,

vs.

STATE OF ALASKA, Department of Transportation and Public Facilities,

    Defendant.

No. 1:17-cv-0009-HRH

## STIPULATED FINAL JUDGMENT AND ORDER[2]

The U.S. Secretary of Labor filed a complaint in this court,[3] initiating the above-captioned matter involving the calculation of leave under the Family Medical Leave Act ("FMLA") for Defendant's employees who work on vessels on the Alaska Marine Highway System (AMHS). On November 6, 2018, the Court ruled on the parties' cross-motions for summary judgment.[4] The Court denied the Defendant's motion for summary judgment and partially granted the Plaintiff's motion for summary judgment, finding that under the FMLA counting weeks that a rotational employee is not scheduled to work as

---

[1] Patrick Pizzella was appointed Acting Secretary of Labor effective July 20, 2019. Pursuant to Fed. R. Civ. P. 25(d), the caption has been changed to reflect the appointment.

[2] See Docket No. 45.

[3] Docket No. 1.

[4] Docket No. 32.

STIPULATED FINAL JUDGMENT AND ORDER      - 1 -

FMLA leave violates the FMLA. The parties thereafter engaged in an informal discovery process in an effort to resolve any potential remaining factual issues, and have concluded that process and stipulated that there are no economic damages in this case.

In order to bring this matter to completion before this Court, the parties have stipulated to the form of final judgment below, with the Defendant expressly reserving its right to appeal the decision of the court dated November 6, 2018, described above. The parties have agreed that each shall bear its own costs and attorney fees.

## STIPULATED FINAL JUDGMENT

1. The Defendant State of Alaska, Department of Transportation and Public Facilities, its officers, agents, servants, employees, and all persons acting or claiming to act in its behalf and interest, be, and they hereby are, permanently enjoined and restrained from counting weeks during which AMHS rotational employees are not scheduled to work as FMLA leave under the Family Medical Leave Act of 1991 (FMLA), as amended, 29 U.S.C. § 2601, et seq., and its regulations published at 29 C.F.R. Part 825, except to the extent authorized or permitted in the future by a federal court decision or a change in the FMLA or regulations issued under the FMLA.

2. The Defendant State of Alaska, Department of Transportation and Public Facilities, will amend any written handbook or policy that refers to the FMLA to state that Defendant will not count weeks during which AMHS rotational employees are not scheduled to work as FMLA leave.

3. For a period of two years, Defendant will maintain in a separate database all AMHS rotational employee FMLA leave requests and the disposition thereof, and make reports from the database available to the U.S. Department of Labor, Wage and Hour Division, upon request.

4. This Judgment neither affects nor extinguishes the Defendant's right to appeal the decision of the court dated November 6, 2018, finding that the Defendant shall not count weeks that a rotational employee who works on AMHS vessels is not scheduled to work as FMLA leave. Defendant has expressly reserved its right to appeal that decision.

5. This Judgment neither affects nor extinguishes any rights of any of the employees or former employees of the State of Alaska, nor does it affect any of the defenses available to the Defendant.

6. Each party shall bear its own fees and other expenses incurred in connection with any stage of this proceeding, and shall waive all rights to relief in this case under the Equal Access to Justice Act of 1980, as amended. 5 U.S.C. § 594, 28 U.S.C. § 2412, et seq.

7. The Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Stipulated Final Judgment.

DATED at Anchorage, Alaska, this 30th day of July, 2019.

/s/ H. Russel Holland
United States District Judge