# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| MARTY WALSH<br>*Plaintiff*<br>v.<br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES<br>*Defendant* | Civil Action No. 1:17-cv-00009-HRH |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the court having denied plaintiff's motion for partial summary judgment and having granted defendant's cross-motion for summary judgment for the reason that defendant's method of calculating rotational employees' continuous leave does not violate the FMLA, plaintiff's complaint is dismissed with prejudice.

APPROVED:

**s/H. Russel Holland**
H. Russel Holland
United States District Judge

Date: April 8, 2021

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*